-FILED-

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

NOV 20 2019

ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. 2:19CR0140 |
| v. | ) | |
| | ) | 18 U.S.C. § 1462 |
| MICHAEL A. CHRISTIANSON | ) | 18 U.S.C. § 2252(a)(1) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
[Transportation of Child Pornography]

Between on or about June 22, 2019 and on or about July 2, 2019, in the Northern District of Indiana and elsewhere, the defendant,

**MICHAEL A. CHRISTIANSON,**

having previously been convicted of child molestation in violation of Indiana Code § 35-42-4-3(a)(1) in LaPorte County, Superior Court, Case No. 46C01-0207-FA-000050, did knowingly transport, using any means and facility of interstate and foreign commerce, by any means including by computer, one or more visual depictions of actual minors under the age of eighteen (18) engaging in sexually explicit conduct where the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(1) and (b)(1).

1

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
[Transportation of Obscene Matters]

Between on or about June 22, 2019 and on or about July 2, 2019, in the Northern District of Indiana and elsewhere, the defendant,

**MICHAEL A. CHRISTIANSON,**

did knowingly use an interactive computer service for carriage in interstate and foreign commerce one or more obscene matters, to wit: children's books he authored, the carriage of which in interstate and foreign commerce is unlawful.

All in violation of Title 18, United States Code, Section 1462.

**THE GRAND JURY FURTHER CHARGES:**

## SEXUAL EXPLOITATION FORFEITURE ALLEGATIONS

1.    The allegations of Count 1 of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of Title 18, United States Code, Section 2253.

2.    If convicted of the offense alleged in Count 1 of the Indictment, the defendant shall forfeit to the United States of America all property, real and personal, used or intended to be used to commit or to promote the commission of the offense charged herein, including, but not limited to:

    a.    all electronic devices used to commit the offense; and

    b.    all electronic storage media used in the offenses.

All in violation of Title 18, United States Code, Sections 2252(a)(1) and 2253.

A TRUE BILL:

*/s/ Foreperson*
FOREPERSON

APPROVED:

THOMAS L. KIRSCH, II
UNITED STATES ATTORNEY


By: */s/ Jill Rochelle Koster*
Jill Rochelle Koster
Assistant United States Attorney