UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 2:19-cr-140 PPS-JEM |
| v. | ) | |
| | ) | Hon. Philip P. Simon |
| MICHAEL A. CHRISTIANSON | ) | |

## MOTION TO DISMISS

Pursuant to the parties' Plea Agreement in related cause, *United States v. Christianson*, 2:21-cr-69 (DE 5, ¶7(c)), and in light of the sentencing hearing held therein, the government moves to dismiss the above-captioned action.

.

Dated: November 19, 2021

    Respectfully submitted,

    CLIFFORD D. JOHNSON
    UNITED STATES ATTORNEY

    /s/ Molly Kelley
    Molly Kelley
    Assistant U.S. Attorney
    5400 Federal Plaza, Suite 1500
    Hammond, Indiana 46320
    (219) 937-5500